No. D–1278. IN RE DISBARMENT OF RAPP. Disbarment entered. [For earlier order herein, see 509 U. S. 936.]

No. D–1281. IN RE DISBARMENT OF BEAR. F. James Bear, of National City, Cal., having requested to resign as a member of the Bar of this Court, it is ordered that his name be stricken

from the roll of attorneys admitted to practice before the Bar of this Court. The rule to show cause, heretofore issued on July 22, 1993 [509 U. S. 936], is hereby discharged.